UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELAIA LATU OSTLING,<br>Petitioner, | : | CIV. NO. 3:04CV01990 (AWT) |
| v. | : | |
| JOHN ASHCROFT, ET AL.,<br>Respondents. | : | DECEMBER 22, 2004 |

## APPEARANCE

The undersigned hereby requests that his appearance as counsel for John Ashcroft, Bruce Chadbourne and the Bureau of Immigration and Customs Enforcement be entered in the above-captioned matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES K. FILAN, JR.
ASSISTANT U.S. ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
FEDERAL BAR NUMBER: ct15565

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was sent via United States mail, postage prepaid, on this date, to:

The Honorable Robert N. Chatigny
Chief United States District Judge
United States Courthouse
450 Main Street
Hartford, Connecticut  06106

The Honorable Alvin W. Thompson
United States District Judge
United States Courthouse
450 Main Street
Hartford, Connecticut  06106

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, Connecticut 06105

Melaia Latu Ostling
Inmate Number 0294361
York Correctional Institute
201 West Main Street
Niantic, Connecticut 06357

Dated at Bridgeport, Connecticut this 22nd day of December, 2004.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY